IN THE UNITED DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

CLINT GUTTMAN,                      Case No. 3:14-CV-00937-JE

       PLAINTIFF,

v.                                 SUPPLEMENTAL JUDGMENT

CITY OF PORTLAND, an Oregon municipal
Corporation; JEROMIE PALAORO, as an
Individual and in his official capacity; GARY
BRITT, as an individual and in his official
Capacity; and AARON COLE, as an individual
and in his official capacity,

       DEFENDANTS.

Judgment was entered in this case on June 27, 2014, including "costs and reasonable attorney fees to be determined by the Court incurred as of the date of the Offer of Judgment." [Docket #5.]   Based on Plaintiff's Unopposed Motion for Attorney's Fees and Costs,

IT IS ORDERED that Plaintiff recover from Defendants the amounts of:

1. $4,800.00 in attorney's fees; and

2. $333.00 in costs.

DATED: July 1, 2014

_____
HONORABLE JOHN JELDERKS
United States Magistrate Judge